**United States District Court**
For the Northern District of California

1
2
3
4          IN THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   JOHN DI MEO,                                    No. C 05-1988 SI

8              Plaintiff,                           **DISMISSAL WITHOUT PREJUDICE**
        v.
9
    NEW COLLEGE,
10
               Defendant.
11   _____/

12

13          This action is dismissed without prejudice for failure to prosecute.

14

15          **IT IS SO ORDERED.**

16

17
    Dated: September 26, 2005
18                                                 _____
19                                                 SUSAN ILLSTON
                                                   United States District Judge
20

21

22

23

24

25

26

27

28